AO91 (Rev. 12/03)  Criminal Complaint                                                        AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
               **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:13-po-06554

Noe Saul CHICAS
IAE A094 029 808
El Salvador 1982

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **October 12, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Noe Saul CHICAS was encountered by Border Patrol Agents near Hidalgo, Texas on October 12, 2013.  When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on October 12, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Gonzalez., Rogelio  Border Patrol Agent
Signature of Complainant

Gonzalez., Rogelio   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 13, 2013                                              at        McAllen, Texas
Date                                                                              City/State

Dorina Ramos          U.S. Magistrate Judge
   Name of Judge         Title of Judge                                Signature of Judge